IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICHAEL DEFELICE, | § | |
| | § | No. 476, 2016 |
| Plaintiff-Below, | § | |
| Appellant, | § | Court Below — Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. N14C-09-084 |
| BOBBY CUMMINGS, SHERI | § | |
| TULL, ELMER HARRIS, | § | |
| STEPHEN MISETIC, and | § | |
| HAROLD BOZEMAN | § | |
| | § | |
| Defendants-Below, | § | |
| Appellees. | § | |

Submitted: February 22, 2017
Decided: March 8, 2017

Before **HOLLAND**, **VALIHURA**, and **SEITZ**, Justices.

## ORDER

This 8th day of March, 2017, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Superior Court should be affirmed on the basis of the court's memorandum opinion and order dated August 16, 2016.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice